UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-353-RJC
(3:05-cr-48-RJC-CH-1)

| | |
|---|---|
| RODNEY COLEMAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

UPON MOTION of Petitioner, (Doc. No. 9), to hold Petitioner's motion to vacate brought under 28 U.S.C. § 2255 in abeyance pending resolution of the appeal in <u>United States v. Warner</u>, No. 15-4316, and <u>United States v. Gardner</u>, No. 14-4533,

IT IS HEREBY ORDERED that the Motion to Stay, (Doc. No. 9), is **GRANTED**.

IT IS FURTHER ORDERED that the Government's Motion for Extension of Time to Respond to Petitioner's Motion to Vacate, (Doc. No. 7), is **GRANTED** nunc pro tunc.

Signed: January 20, 2016

Robert J. Conrad, Jr.
United States District Judge